

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | No. 08-16-00317-CV |
| | § | Appeal from |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| BIBIANA FLORES, | § | (TC # 2015-DCV-0261) |
| Appellee. | § | |

# J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the order denying the plea to the jurisdiction. We therefore reverse the judgment of the court below, in part, and render judgment dismissing the disability discrimination claim. We affirm the trial court's denial of the plea to jurisdiction on the retaliation claim. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.